THE CITY OF VIRDEN
v.
AUGUSTA M. FISHBACK, Admx.

EXECUTION—NOT AGAINST MUNICIPAL CORPORATION.—It is error to award an execution on a judgment against a municipal corporation.

ERROR to the Circuit Court of Macoupin county; the Hon. J. R. WELCH, Judge, presiding. Opinion filed June 21, 1881.

Mr. GREENUP DAVIS, for plaintiff in error: cited City of Macomb v. Twaddle, 4 Bradwell, 254; City of Cairo v. Allen,

3 Bradwell, 398; Bloomington v. Brokaw, 77 Ill. 194; Chicago v. Halsey, 25 Ill. 598; City of Olney v. Harvey, 50 Ill. 433.

Mr. F. W. Burton for defendant in error.

Per Curiam. So much of the judgment in this case as awards an execution against plaintiff in error, a municipal corporation, is erroneous and must be reversed. City of Morrison v. Hinkson, 87 Ill. 589.

After a careful inspection of the record, we find no other error in the same, and therefore affirm the judgment in all other respects, and remand the cause that the judgment, as modified, may be enforced according to law. Defendant in error to pay costs in due course of administration.